ORIGINAL

1  SONNENSCHEIN NATH & ROSENTHAL
   PERCY ANDERSON (State Bar No. 64054)
2  ROBERT F. SCOULAR (State Bar No. 85293)
   MARK T. HANSEN (State Bar No. 85293)
3  601 South Figueroa Street, Suite 1500
   Los Angeles, CA 90017-5704
4  (213) 623-9300 (telephone)
   (213) 623-9924 (facsimile)
5
   BUCHANAN INGERSOLL
6  PROFESSIONAL CORPORATION
   THOMAS L. VANKIRK (Pa. I.D. #01583) (Admitted *pro hac vice*)
7  JEFFREY J. BRESCH (Pa. I.D. #66777) (Admitted *pro hac vice*)
   One Oxford Centre, 20th Floor
8  301 Grant Street
   Pittsburgh, PA 15219-1410
9  (412) 562-8800 (telephone)
   (412) 562-1041 (facsimile)
10
   Attorneys for Plaintiff
11 Mylan Laboratories Inc.

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  MYLAN LABORATORIES INC., a Pennsylvania corporation, | Case No. 98-5361 DDP (MANx) |
| 17           Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF ACTION, WITHOUT PREJUDICE |
| 18       vs. | [RULE 41, FED.R.CIV.P.] |
| 19  PATRICK SOON-SHIONG, an individual; AMERICAN BIOSCIENCE, INC., | |
| 20  formerly known as VIVORX PHARMACEUTICALS, INC., a | |
| 21  California corporation; and AMERICAN PHARMACEUTICAL PARTNERS, | |
| 22  INC., a California corporation, | |
| 23           Defendants. | |

24  //

25  //

26  //

*Stamps: ENTERED CLERK, U.S. DISTRICT COURT APR 28 1999 CENTRAL DISTRICT OF CALIFORNIA; FILED CLERK U.S. DISTRICT COURT APR 26 1999 CENTRAL DISTRICT OF CALIFORNIA; APR 28 1999; APR 2 1999; ENTERED ON ICMS*

DOCKETED//
MLD COPY PTYS
MLD NOTICE PTYS
JS-6

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, pursuant to Rule 41, Fed.R.Civ.P., plaintiff Mylan Laboratories Inc. hereby voluntarily dismisses the above-captioned action, without prejudice.

Dated: April 26, 1999

SONNENSCHEIN NATH & ROSENTHAL
PERCY ANDERSON
ROBERT F. SCOULAR
MARK T. HANSEN

By _____
Mark T. Hansen
Attorneys for Plaintiff
Mylan Laboratories Inc.

6235684

PROOF OF PERSONAL SERVICE

I am a resident of the County of Los Angeles whose business address is FIRST LEGAL - 1511 West Beverly Boulevard, Los Angeles, CA 90026 in the County of Los Angeles. I am over the age of eighteen years and am not a party to the within entitled cause, nor interested in the outcome thereof. On April 26, 1999, I served the within **NOTICE OF VOLUNTARY DISMISSAL OF ACTION, WITHOUT PREJUDICE**, dated April 26, 1999, on the parties in said action, by personally serving a true copy thereof to the offices of:

> Joseph F. Coyne, Jr.
> Sheppard Mullin Richter & Hampton
> 333 South Hope Street
> 48th Floor
> Los Angeles, CA 90071-1448

I have been retained by an attorney who is a member of the bar of the State of California and of this Court. This personal service is made at the direction of said attorney.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 26, 1999, at Los Angeles, California.

_Jacob Tupolo_
(PRINT NAME)

_[signature]_
(SIGNATURE)