Send

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 98-5361 DDP (MANx)                                    Date: May 3, 1999

Title:   MYLAN LABORATORIES INC., a Pennsylvania corporation -v- PATRICK SOON-SHIONG, an individual; AMERICAN BIOSCIENCE, INC., formerly known as VIVORX PHARMACEUTICALS, INC., a California corporation; and AMERICAN PHARMACEUTICAL PARTNERS, INC., a California corporation

===============================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                              None Present
Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:             ATTORNEYS PRESENT FOR DEFENDANTS:

None                                          None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that on the Court's own motion the DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED, AND TO STRIKE PORTIONS OF PLAINTIFF'S THIRD AMENDED COMPLAINT (FILED ON 2-9-99) set for May 10, 1999 at 10:00 a.m., is hereby VACATED and deemed MOOT due to the settlement of the case.


MINUTES FORM 11                                                 Initials of Deputy Clerk
CIVIL -- GEN

MAY 1999
ENTERED ON ICMS